■ The People of the State of New York, Respondent, v Michael Castaldo, Appellant. [997 NYS2d 917]—Appeal by the defendant from two judgments of the Supreme Court, Suffolk County (Cohen, J.), both rendered September 30, 2013, convicting him of attempted burglary in the second degree under indictment No. 1622-12, and forcible touching and resisting arrest under superior court information No. 2067-12, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgments are affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California*

(386 US 738 [1967]). Upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is, therefore granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]; *People v Sedita*, 113 AD3d 638 [2014]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.